United States District Court
Eastern District of Michigan
Southern Division

Khalil Wilson,
    Plaintiff/Petitioner,          Civil No. 19-cv-13700

v.                                       Criminal No. 18-cr-20084
                                         Honorable David M. Lawson

United States of America,
    Defendant/Respondent.
_____/

## **Index of Exhibits**

1. Exhibit A— Proffer letter.

2. Exhibit B—Proffer statements (redacted).

3. Exhibit C—Uzi seizure report.

4. Exhibit D—MSP Lab Report (redacted).

5. Exhibit E—Photos of Uzi.

6. Exhibit F—Cell Site Analysis Diagram.

7. Exhibit G—April 5-6, 2018 emails.

8. Exhibit H—August 28, 2018 emails.