Case 2:18-cr-20084-DML-RSW ECF No. 114-4, PageID.654 Filed 07/09/20 Page 1 of 1

FD-302 (Rev. 5-8-10)

- 1 of 1 -

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 10/27/2016

On 10/19/2016, at approximately 6:00PM Detroit Police arrested Khalil Wilson on outstanding State of Michigan arrest warrants at 17 Vaughn, Detroit, Michigan. Khalil Wilson informed Detroit Police Officers the location in the house were his weapon was located. Khalil Wilson's mother Shuntia Wilson provided written consent for Detroit Police Officers, FBI Task Force Officers, Special Agents to search the residence for weapons.

In the location that Khalil Wilson provided a Beretta 9mm handgun, Model 92-FS-CAL, with an obliterated serial number, loaded with one live round, and a Cobray 9mm MAK-10 Uzi firearm bearing serial number 04-0021509, loaded with one live round in the chamber, were discovered.

FBI SA Joel Kelso and FBI TFO Brian Jones seized the weapons as evidence and took custody of Khalil Wilson.

FBI SA Joel Kelso and FBI TFO Brian Jones transported Khalil Wilson to Redford Township Police Department for holding on his two outstanding State of Michigan felony warrants. Due to the time of day the two firearms were placed into evidence at the Redford Township Police Department.

Investigation on 10/19/2016 at Detroit, Michigan, United States (In Person)

File #

Date drafted 10/26/2016

by Joel T. Kelso

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.