

Case 2:18-cr-20084-DML-RSW ECF No. 114-6, PageID.660 Filed 07/09/20 Page 2 of 3



