# 586-765-3155 (T-Mobile) — June 21, 2016 & June 22, 2016

