## Haugabook, Terrence (USAMIE)

| | |
|---|---|
| **Subject:** | FW: Wilson |
| **Attachments:** | Bates # 0000324 - 0000334.pdf; Discovery Letter Wilson Bates 0000324 - 0000334.docx |

---------- Forwarded message ---------
From: **Cralle, Shane (USAMIE)** <Shane.Cralle@usdoj.gov>
Date: Fri, Apr 6, 2018 at 2:18 PM
Subject: RE: Wilson
To: sanford plotkin <sanfordplotkin@gmail.com>

**From:** sanford plotkin <sanfordplotkin@gmail.com>
**Sent:** Friday, April 6, 2018 1:37 PM
**To:** Cralle, Shane (USAMIE) <scralle@usa.doj.gov>
**Subject:** Re: Wilson

Is it something you could email??

On Thu, Apr 5, 2018, 10:27 PM Cralle, Shane (USAMIE) <Shane.Cralle@usdoj.gov> wrote:

> Let me know if you don't get them tomorrow and I'll produce the two 302s to you informally.
>
> On Apr 5, 2018, at 10:06 PM, sanford plotkin <sanfordplotkin@gmail.com<mailto:sanfordplotkin@gmail.com>> wrote:
>
> Thanks alot.  Going to Midland soon and want to take it along.
>
> On Thu, Apr 5, 2018, 10:05 PM Cralle, Shane (USAMIE) <Shane.Cralle@usdoj.gov<mailto:Shane.Cralle@usdoj.gov>> wrote:
> Sure. I'm not sure why that wasn't included.
>
> On Apr 5, 2018, at 10:02 PM, sanford plotkin <sanfordplotkin@gmail.com<mailto:sanfordplotkin@gmail.com><mailto:sanfordplotkin@gmail.com<mailto:sanfordplotkin@gmail.com>>> wrote:
>
> Shane,
> In looking over the discovery sent thus far, I do not see his statement.  Can someone send it to me?
> Appreciate it.

1

SP

--
Sanford Plotkin, Esq.
538 N. Division St.
Ann Arbor, MI 48104
248-798-5756
sanfordplotkin@gmail.com<mailto:sanfordplotkin@gmail.com><mailto:sanfordplotkin@gmail.com<mailto:sanfordplotkin@gmail.com>>

This message is intended only for the use of the individuals or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If the reader of this notice is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distributing or copying of this communication is strictly prohibited.  If you have received this notice in error, please notify us immediately by telephone and return these papers to us at the address above via electronic mail or first class mail.

--
Sanford Plotkin, Esq.
538 N. Division St.
Ann Arbor, MI 48104
248-798-5756
sanfordplotkin@gmail.com

*This message is intended only for the use of the individuals or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If the reader of this notice is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distributing or copying of this communication is strictly prohibited.  If you have received this notice in error, please notify us immediately by telephone and return these papers to us at the address above via electronic mail or first class mail.*

--
Sanford Plotkin, Esq.
30445 Northwestern Hwy.
Ste. 225
Farmington Hills, Michigan  48334
248-798-5756
sanfordplotkin@gmail.com

*This message is intended only for the use of the individuals or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If the reader of this notice is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distributing or copying of this communication is strictly prohibited.  If you have received this notice in error, please notify us immediately by telephone and return these papers to us at the address above via electronic mail or first class mail.*